# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HARDMAN,<br><br>            Plaintiff(s),<br><br>vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>            Defendant(s). | Case No. 2:14-cv-02168-JAD-NJK<br><br>ORDER |

On April 16, 2015, the Court ordered as follows:

> In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby **ORDERS** attorneys Jerome Bowen, Sarah Banda, Darren Brenner, and William Habdas to file a certification with the Court no later than April 23, 2015, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

Docket No. 20 at 1.  None of the above listed counsel complied with that order. The Court hereby **ORDERS** attorneys Jerome Bowen, Sarah Banda, Darren Brenner, and William Habdas to file a certification with the Court no later than April 30, 2015, indicating that they have read and comprehend Local Rules 26-4 and 26-1.  **Counsel should anticipate that the failure to comply with this order will result in the imposition of sanctions.**

IT IS SO ORDERED.

DATED: April 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge