DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendant, Property and Casualty Insurance Company of Hartford*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HARDMAN, an individual<br><br>    Plaintiff,<br>v.<br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, aka THE HARTFORD, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-02168-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that Plaintiff Richard Hardman ("**Plaintiff**") and Defendant Property and Casualty Insurance Company of Hartford aka The Hartford ("**Hartford**") by and through their rsepctive counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to close this case.

Dated:  February 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 22nd day of ~~January~~ February, 2016.

| AKERMAN LLP | BOWEN LAW OFFICES |
|---|---|
| /s/<br>DARREN BRENNER, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant, Property & Casualty Insurance Company of Hartford* | JEROME R. BOWEN, ESQ.<br>Nevada Bar No. 4540<br>SARAH M. BANDA, ESQ.<br>Nevada Bar No. 11909<br>9960 W. Cheyenne Ave., Suite 250<br>Las Vegas, NV 89129<br><br>*Attorneys for Plaintiff Richard Hardman* |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____

{36676349;1}

2